```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

   HENRY VANDENBORRE AND                    CIVIL ACTION
   MARINA VANDENBORRE

   VERSUS                                   NO: 07-3175


   FLUOR CONSTRUCTORS                       SECTION: "J" (5)
   INTERNATIONAL, INC.
```

**ORDER**

Before the Court is Plaintiffs' Motion to Remand (Rec. Doc. 7). In light of the stipulations filed in this case, the Defendant does not oppose the motion. The plaintiffs have filed a binding stipulation stating that they would not accept a state court judgment in excess of $75,000.00 (Rec. Docs. 10 and 11).[1] Thus, this Court finds that the amount in question does not reach the threshold required by 28 U.S.C. § 1332.

---

[1] If the plaintiffs were ultimately awarded an amount in excess of this by a state court, and subsequently seek to enforce the judgment for more than $75,000.00, including attorneys' fees but excluding costs and interest, defendant may then seek relief from this Court. *See Midkiff v. Hershey Chocolate USA*, 1998 WL 419498 (E.D. La. July 21, 1998).

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand** (Rec. Doc. 7) is **GRANTED**, and this matter is **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard.

New Orleans, Louisiana this the 14th day of August, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE